JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hana Greenberg, | Case No.: CV 23-3873-MWF(MRWx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| Merz, Incorporated Welfare Benefit Plan and United Healthcare Insurance Co. and DOES 1-10, | |
| Defendants. | |

Based on the Stipulation Re Dismissal of Entire Action with Prejudice, filed by Plaintiff Hana Greenberg and Defendants Merz, Incorporated Welfare Benefit Plan and United Healthcare Insurance Co., and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.    The above-entitled action is DISMISSED in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.    Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:  May 22, 2024

_____

MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28